IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS NICHOLS,<br><br>             Plaintiff,<br>vs.<br>CDC, et al,<br>             Defendants. | No. C 06-1723 JSW (PR)<br><br>ORDER OF DISMISSAL |

On March 7, 2006, Plaintiff's civil rights action was transferred to this Court from the United States District Court for the Eastern District of California. On that same day the Clerk of this Court sent a notification to Plaintiff informing him that his previously filed application to proceed *in forma pauperis* was insufficient because he had not used the proper application for leave to proceed in forma pauperis, nor had he submitted a "Certificate of Fund's in Prisoner's Account" from the prison or a prisoner trust account statement showing transactions for the last six months. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. More than thirty days has passed and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or comply with the Court's order. The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: July 14, 2006

                                                    JEFFREY S. WHITE<br>                                                    United States District Judge